UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 JUL 27 AM 11: 18
WESTERN DISTRICT COURT
DISTRICT OF TEXAS
BY_____ KW
DEPUTY

| | | |
|---|---|---|
| KIME MITCHELL, as next friend of her minor child R.M., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. A09CA568-LY |
| | § | |
| GEORGETOWN INDEPENDENT SCHOOL DISTRICT, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Be it remembered that on this date came to be considered the parties' Stipulation of Dismissal with Prejudice. After consideration of the stipulation, the Court GRANTS the stipulation and dismisses this case with prejudice to Plaintiff's ability to re-file this case or any part thereof against Defendant Georgetown Independent School District.

This dismissal is with prejudice to all claims and causes of action that were or could have been brought in this case and is with prejudice to re-filing against Defendant Georgetown Independent School District, and all current, future and former board members, superintendents, employees, agents, attorneys, insurers, coverage providers, and representatives of Georgetown Independent School District, all in both their official and individual capacities, based on the factual allegations made in this case or for any other matter which has occurred at any time up to the signing of this Order of Dismissal with Prejudice.

The parties will bear their own costs and attorneys' fees, except as provided for in their settlement agreement.

Signed this ___27th___ day of ___July_____, 2010.

_____
UNITED STATES DISTRICT JUDGE