IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| KIME MITCHELL, AS NEXT FRIEND § <br> OF HER MINOR CHILD R.M., § <br>       PLAINTIFF, § <br> § <br> V. § <br> § <br> GEORGETOWN INDEPENDENT § <br> SCHOOL DISTRICT, § <br>       DEFENDANT. § | CAUSE NO. A-09-CV-568-LY |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this date, the Court dismissed the claims of Plaintiff Kime Mitchell, as next friend of her minor child R.M., against Defendant Georgetown Independent School District with prejudice. Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims brought by Plaintiff Kime Mitchell, as next friend of her minor child R.M., against Defendant Georgetown Independent School District in this action are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this _27th_ day of July, 2010.

                                            LEE YEAKEL
                                            UNITED STATES DISTRICT JUDGE